Holly BANKS–NOLAN n/k/a Holly Banks–Montgomery, Appellant,

v.

Andrew Glynn NOLAN, Appellee.

No. 05–03–00252–CV.

Court of Appeals of Texas, Dallas.

Oct. 1, 2003.

Hilaree Ann Casada, Godwin Gruber, LLP, Julia F. Pendery, Godwin Gruber, P.C., Dallas, for appellant.

Christopher M. McCaffrey, Dallas, for appellee.

Before Justices MORRIS, O'NEILL and LANG.

## OPINION

PER CURIAM.

Before the Court is the parties' September 18, 2003 agreed motion to vacate judgment, signed by counsel for both parties. In the motion, the parties:

> move the Court to enter an order setting aside and vacating the judgment domesticated and registered in Texas on September 24, 2002 and abstracted on January 15, 2003. The Parties agree to the dismissal of this appeal without prejudice with the understanding that Appellee has agreed to execute and file a

release of judgment and release of judgment lien in Collin County, Texas following entry of this Court's order vacating the Texas judgment.... Parties further pray that the Court order the clerk of the courts of Collin County, Texas to set aside and vacate the Texas judgment in accordance with this Court's order.

We **GRANT** the parties' motion to the extent we **VACATE** the trial court's September 24, 2002 judgment, without reference to the merits, and **REMAND** this case to the trial court for further proceedings consistent with the settlement agreement of the parties. *See* Tex.R.App. P. 42.1(a)(2)(B).